IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRANCIS D'ANGELO III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security | : | NO. 14-6594 |

ORDER

AND NOW, this 11th day of March, 2016, upon consideration of Magistrate Judge M. Faith Angell's Report and Recommendation (docket entry #21), plaintiff Joseph Francis D'Angelo III's objections thereto (docket entry #22), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1.  Plaintiff's objections are OVERRULED;

2.  Magistrate Judge Angell's Report and Recommendation is APPROVED and ADOPTED;

3.  Plaintiff's request for review is DENIED;

4.  The decision of the Acting Commissioner of Social Security is AFFIRMED; and

5.  The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.